## First Department, March, 1958 *

### (March 27, 1958)

■ In the Matter of REUBEN HECHT, Petitioner, against FRANCIS W. H. ADAMS, as Police Commissioner of the City of New York, Respondent.— Motion to dismiss proceeding is granted, with $10 costs, unless the petitioner procures the printed record of the proceeding under review and the printed petitioner's points to be served and filed on or before April 29, 1958, with notice of argument for the June 1958 Term of this court, said proceeding to be argued or submitted when reached. The cross motion is denied without prejudice, however, to an application to the court at Special Term for the substitution of the attorney for the petitioner herein. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

## First Department, April, 1958 * *

### (April 24, 1958)

■ In the Matter of DUDLEY B. PALMER, JR., Respondent, against NANCY K. ADAM, Appellant.— Motion to dismiss appeals be and the same hereby is granted to the extent of dismissing the appeals of Leslie Lester, Esq. on behalf of the respondent-appellant, and it is further granted to the extent of dismissing the appeals of respondent-appellant taken by her attorneys, Wise, Valentine & Cresap, Esqs., unless said appellant complies with the order entered March 7, 1958, appealed from, on or before June 15, 1958, as to the custody and possession of the infant. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

## First Department, May, 1958 *

### (May 27, 1958)

■ In the Matter of REUBEN HECHT, Petitioner, against FRANCIS W. H. ADAMS, as Police Commissioner of the City of New York, Respondent.— Motion to dismiss the proceeding is hereby granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and McNally, JJ.

## First Department, July, 1958

### (July 1, 1958)

■ DAVID SMITH, Respondent, v. BEATRICE ROTHMAN et al., Defendants, and AARON EICHLER, Appellant.

---

* Not published with other decisions of March 27, 1958, 5 A D 2d 867, and May 27, 1958, 6 A D 2d 681.— [REP.

* * Not published with other decisions of April 24, 1958, 5 A D 2d 985.— [REP.